UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

Charlotte Laverne Williams
Rodney Wendell Williams Sr.

          CHAPTER  13
          CASE NO.  3:11-bk-03993-PMG

   Debtor(s)
_____/

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION (DOC. NO. 13) BY MID-ISLAND MORTGAGE CORP.

MID-ISLAND MORTGAGE CORP., ("Creditor") by and through the undersigned attorneys, hereby provides notice of withdrawal of the previously filed Objection to Confirmation (Doc. no. 13). If a hearing has been scheduled by the Court to consider the withdrawn document, Creditor requests that any such hearing be canceled.

                /s/ Brad W. Hissing, Esq.
                Brad W. Hissing, Esq.
                Kass Shuler, P.A.
                P.O. Box 800
                Tampa, FL 33601
                Phone: (813) 229-0900 Ext. 1347
                Fax: (813) 769-7565
                bhissing@kasslaw.com
                Florida Bar No. 854794

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on November 23, 2011, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to: Charlotte Laverne Williams and Rodney Wendell Williams Sr., 4357 Longmire Rd., Middleburg, FL 32068; John J. Freeman, Esq., 1665 Kingsley Ave. Suite 108, Orange Park, FL 32073; Douglas Neway, Trustee, P.O. Box 4308, Jacksonville, FL 32201.

### Rule 7005-3

### SERVICE BY ELECTRONIC MEANS UNDER RULE 5(b)(2)(D)

A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

                /s/ Brad W. Hissing, Esq.
                Brad W. Hissing, Esq. (x1347)

1118479B/mb